THE STATE, DEFENDANT IN ERROR, v. HERMANN
PLEHM, PLAINTIFF IN ERROR.

Submitted December 9, 1907—Decided March 2, 1908.

On error to the Supreme Court.

For the plaintiff in error, *Peter W. Stagg*.

For the defendant in error, *Ernest Koester*.

PER CURIAM.

Plehm was convicted in the Bergen Quarter Sessions upon
an indictment charging him with the burning of a certain
building and its contents, that were insured against fire, with
intent to prejudice the insurance company. He sued out a
writ of error from the Supreme Court, and in that court the
conviction was affirmed. The present writ of error brings the
judgment of affirmance under review.

Plaintiff in error relies upon alleged errors committed in
the trial. Upon an examination of the record we are unable
to discover error.

The judgment under review should therefore be affirmed.

*For affirmance*—THE CHANCELLOR, REED, TRENCHARD,
PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL, J.J.
10.

*For reversal*—None.